IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JONATHAN FULLER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. EP-23-CV-417-KC-MAT |
| § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On this day, the Court considered United States Magistrate Judge Miguel A. Torres' Report and Recommendation ("R&R"), ECF No. 20. On March 21, 2024, Plaintiff filed a Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("Motion"), ECF No. 18. Pursuant to Paragraph 2(c) of the Court's May 1, 2012, Standing Order, this case was referred to Judge Torres.

Judge Torres filed the R&R on August 29, 2025, recommending that the Court grant in part and deny in part Plaintiff's Motion. Parties have fourteen days from a service of a Report and Recommendation of a United States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] Over fourteen days have elapsed since the R&R, and no objections have been filed.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United*

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

*States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds that they are neither clearly erroneous nor contrary to law. *See id.*

Accordingly, the Court **ADOPTS** the R&R, ECF No. 20, in its entirety, and **GRANTS IN PART** and **DENIES IN PART** Plaintiff's Motion, ECF No. 18. Defendant **SHALL PAY** $9,400.00 in attorneys' fees and $402.00 in filing fees to Plaintiff and **SHALL** send this payment in care of Plaintiff's counsel of record to:

> Kira Treyvus
> The Federal Appeals Firm
> 180 Tices Lane
> Suite 204, Building A
> East Brunswick, New Jersey 08816

The case remains closed.

**SO ORDERED** .

**SIGNED this 24th day of September, 2025.**

*/s/ Kathleen Cardone*
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE